BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607
Telephone: (510) 637-3518

Counsel for Defendant FERNANDO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-70452 WDB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER RESETTING DATE FOR |
| vs. ) | PRELIMINARY HEARING |
| ) | |
| FERNANDO HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY STIPULATED between the plaintiff through its attorney, Joshua Hill, and the defendant through his attorney Ned Smock, that the preliminary hearing in this matter now set for August 7, 2008 at 10:00 a.m. shall be reset for August 21, 2008 at 10:00 a.m. The defense needs additional time to investigate the case, and the parties are discussing a possible pre-indictment resolution. Defendant Hernandez and his counsel waive the provisions of Rule 5.1(c) of the Federal Rules of Criminal Procedure requiring a preliminary hearing to be held within 20 days of his initial appearance.

Stip and [Proposed] Order                    1

IT IS SO STIPULATED:

Dated: August 5, 2008                                    /s/ Ned Smock
                                                          NED SMOCK
                                                          Assistant Federal Public Defender


Dated: August 5, 2008                                    /s/ Joshua Hill
                                                          JOSHUA HILL
                                                          Assistant United States Attorney


I hearby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the preliminary hearing in this matter now scheduled for August 7, 2008 is hereby rescheduled for August 21, 2008 at 10:00 a.m.


Dated: August ___, 2008                                  _____
                                                          HONORABLE WAYNE D. BRAZIL
                                                          United States Magistrate Judge