1   BARRY J. PORTMAN
    Federal Public Defender
2   NED SMOCK
    Assistant Federal Public Defender
3   555-12th Street, Suite 650
    Oakland, CA 94607
4   Telephone (510) 637-3518

5   Counsel for Defendant Hernandez

6
                    IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9
    UNITED STATES OF AMERICA,            )    No. CR-08-70452 WDB
10                                       )
                  Plaintiff,             )
11                                       )
    vs.                                  )    NOTICE OF SUBSTITUTION OF
12                                       )    ATTORNEY
    FERNANDO HERNANDEZ,                  )
13                                       )
                  Defendant.             )
14  _____)

15       The Federal Public Defender was previously appointed as counsel for defendant in the

16  above captioned case pending before the Court.  Pursuant to Criminal Local Rule 44-2 (a),

17  undersigned counsel, Assistant Federal Public Defender Ned Smock, enters his general

18  appearance for defendant in place of Assistant Federal Public Defender Joyce Leavitt. Counsel's

19  contact information is listed above.

20
    Dated: August 5, 2008
21                                      Respectfully submitted,

22                                      BARRY J. PORTMAN
                                        Federal Public Defender
23
                                               /S/
24
                                        NED SMOCK
25                                      Assistant Federal Public Defender

26

    Notice of Substitution of Attorney          1