1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607
4  Telephone: (510) 637-3518

5  Counsel for Defendant FERNANDO HERNANDEZ

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,           )    No. CR-08-70452 WDB
11                                     )
                   Plaintiff,          )    STIPULATION AND [PROPOSED]
12                                     )    ORDER RESETTING DATE FOR
   vs.                                 )    PRELIMINARY HEARING
13                                     )
   FERNANDO HERNANDEZ,                 )
14                                     )
                   Defendant.          )
15  _____)

16
        IT IS HEREBY STIPULATED between the plaintiff through its attorney, Joshua Hill,
17
   and the defendant through his attorney Ned Smock, that the preliminary hearing in this matter
18
   now set for August 7, 2008 at 10:00 a.m. shall be reset for August 21, 2008 at 10:00 a.m.  The
19
   defense needs additional time to investigate the case, and the parties are discussing a possible
20
   pre-indictment resolution.  Defendant Hernandez and his counsel waive the provisions of Rule
21
   5.1(c) of the Federal Rules of Criminal Procedure requiring a preliminary hearing to be held
22
   within 20 days of his initial appearance.
23

24

25

26

   Stip and [Proposed] Order                    1

1  IT IS SO STIPULATED:

2  Dated: August 5, 2008                              /s/ Ned Smock
                                                      NED SMOCK
3                                                     Assistant Federal Public Defender

4

5  Dated: August 5, 2008                              /s/ Joshua Hill
                                                      JOSHUA HILL
6                                                     Assistant United States Attorney

7

8  I hearby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

9

10                                    **ORDER**

11     GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the preliminary

12  hearing in this matter now scheduled for August 7, 2008 is hereby rescheduled for August 21,

13  2008 at 10:00 a.m.

14

15  Dated: August ___, 2008
                                                      _____
                                                      HONORABLE WAYNE D. BRAZIL
16                                                    United States Magistrate Judge