1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607
4  Telephone: (510) 637-3518

5  Counsel for Defendant FERNANDO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-70452 WDB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER RESETTING DATE FOR |
| vs. ) | PRELIMINARY HEARING |
| ) | |
| FERNANDO HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    IT IS HEREBY STIPULATED between the plaintiff through its attorney, Joshua Hill, and the defendant through his attorney Ned Smock, that the preliminary hearing in this matter now set for August 21, 2008 at 10:00 a.m. shall be reset for September 5, 2008 at 10:00 a.m.  The parties are discussing pre-indictment resolution.  The defense needs additional time to discuss the facts of the case and potential defenses with the defendant, as well as perform necessary investigation.  The defendant is out of custody.  Defendant Hernandez and his counsel waive the provisions of Rule 5.1(c) of the Federal Rules of Criminal Procedure requiring a preliminary hearing to be held within 20 days of his initial appearance and 18 U.S.C. § 3161(b) requiring an indictment to be filed within thirty days from the date of arrest.  The defense agrees that the waiver covers all time between August 7, 2008 and September 5, 2008.

Stip and [Proposed] Order                                  1

1

2  IT IS SO STIPULATED:

3  Dated: August 13, 2008                                    /s/ Ned Smock
                                                             NED SMOCK
4                                                            Assistant Federal Public Defender

5

6  Dated: August 13, 2008                                    /s/ Joshua Hill
                                                             JOSHUA HILL
7                                                            Assistant United States Attorney

8

9  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
   "conformed" signatures (/S/) within this e-filed document.

10                                    **ORDER**

11      GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the preliminary

12  hearing in this matter now scheduled for August 21, 2008 is hereby rescheduled for September 5,

13  2008 at 10:00 a.m.

14

15  Dated: August ___, 2008
                                                             _____
16                                                           HONORABLE WAYNE D. BRAZIL
                                                             United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

Stip and [Proposed] Order                    2