1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607
4  Telephone:  (510) 637-3518

5  Counsel for Defendant FERNANDO HERNANDEZ

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. 4-08-70452 WDB
                                       )
12                        Plaintiff,   )    STIPULATION AND ORDER RESETTING
                                       )    DATE FOR PRELIMINARY HEARING
13  vs.                                )
                                       )
14  FERNANDO HERNANDEZ,                )
                                       )
15                        Defendant.   )
    _____)

16

17      IT IS HEREBY STIPULATED between the plaintiff through its attorney, Joshua Hill,

18  and the defendant through his attorney Ned Smock, that the preliminary hearing in this matter

19  now set for August 21, 2008 at 10:00 a.m. shall be reset for September 5, 2008 at 10:00 a.m.

20  The parties are discussing pre-indictment resolution.  The defense needs additional time to

21  discuss the facts of the case and potential defenses with the defendant, as well as perform

22  necessary investigation.  The defendant is out of custody.  Defendant Hernandez and his counsel

23  waive the provisions of Rule 5.1(c) of the Federal Rules of Criminal Procedure requiring a

24  preliminary hearing to be held within 20 days of his initial appearance and 18 U.S.C. § 3161(b)

25  requiring an indictment to be filed within thirty days from the date of arrest.  The defense agrees

26  that the waiver covers all time between August 7, 2008 and September 5, 2008.

1

2  IT IS SO STIPULATED:

3  Dated: August 13, 2008                                /s/ Ned Smock
                                                         NED SMOCK
4                                                        Assistant Federal Public Defender

5

6  Dated: August 13, 2008                                /s/ Joshua Hill
                                                         JOSHUA HILL
7                                                        Assistant United States Attorney

8

9  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
   "conformed" signatures (/S/) within this e-filed document.

10                                   **ORDER**

11        GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the preliminary

12  hearing in this matter now scheduled for August 21, 2008 is hereby rescheduled for September 5,

13  2008 at 10:00 a.m.

14

15  Dated: August _13_, 2008

16                                                       HONORABLE WAYNE D. BRAZIL
                                                         United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26