~~PROPOSED~~ ORDER/COVER SHEET

**FILED**
AUG 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO: Honorable Wayne D. Brazil
U.S. Magistrate Judge

RE: Hernandez, Fernando Villafan

FROM: Richard W. Wieking, Acting Chief
U.S. Pretrial Services Officer

DOCKET NO.: 4-08-70452-WDB

DATE: August 19, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Brad T. Wilson
U.S. Pretrial Services Operations Assistant

415-436-7511
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

1. The defendant shall be allowed to travel to the Central District of California for court proceedings only;
2. The defendant shall address all pending warrants in a timely manner, and provide proof of the same to Pretrial Services; and
3. The defendant shall only use his true name, and shall not possess identification in any other names or any other false documents.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_Wayne D. Brazil_
JUDICIAL OFFICER

8-19-08
DATE

Cover sheet copy to: WDB's Stats, Copy to parties via ECF
Pretrial, Financial