```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  NED SMOCK
    Assistant Federal Public Defender
 3  555 - 12th Street
    Suite 650
 4  Oakland, CA 94607-3627
    Telephone: (510) 637-3500
 5
    Counsel for Defendant HERNANDEZ
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. CR-08-70452 WDB
                                     )
12              Plaintiff,           )   DECLARATION OF NED SMOCK AND
                                     )   [PROPOSED] ORDER TO ALLOW
13  vs.                              )   FERNANDO HERNANDEZ TO
                                     )   TRAVEL TO THE EASTERN DISTRICT
14  FERNANDO HERNANDEZ,              )   OF CALIFORNIA
                                     )
15              Defendant.           )
    _____    )
16
```

17    I, Ned Smock, declare the following:

18    1.    I represent Fernando Hernandez in this matter. He is charged with violation of 18

19          U.S.C. § 1542, False Statement in a Passport Application. This Court previously

20          ordered that Mr. Hernandez be released from custody and that he be limited to

21          travel within the Northern District of California.

22    2.    Mr. Hernandez would like to travel to Dixon in the Eastern District of California on

23          Sundays between 8:00 a.m. and 6:00 p.m. to sell tacos and other food items at a

24          soccer field.

25    4.    I contacted AUSA Joshua Hill about our request that Mr. Hernandez be allowed to

26          go to the Eastern District of California for these purposes on Sundays, and he

DECL. AND PROPOSED ORDER                    1

indicated that the government does not oppose the request. I also contacted Hence Williams from United States Pretrial Services, and he indicated that he does not oppose the request.

I declare that the foregoing is true to the best of my information and belief.

Dated: August 21, 2008                             /S/
                                                                NED SMOCK
                                                                Assistant Federal Public Defender

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/S/" within this e-filed document.

## [PROPOSED] ORDER

Good cause appearing therefore, it is the ORDER of this Court that defendant Fernando Hernandez's conditions of pretrial release shall be modified to permit him to travel to Dixon in the Eastern District of California on Sundays.

Dated: August __, 2008                        _____
                                                                WAYNE D. BRAZIL
                                                                United States Magistrate Judge

DECL. AND PROPOSED ORDER                    2