| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | NED SMOCK |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street |
| | Suite 650 |
| 4 | Oakland, CA 94607-3627 |
| | Telephone: (510) 637-3500 |
| 5 | |
| | Counsel for Defendant HERNANDEZ |
| 6 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 11 | UNITED STATES OF AMERICA, | ) | No. CR-08-70452 WDB |
| | | ) | |
| 12 | Plaintiff, | ) | DECLARATION OF NED SMOCK AND |
| | | ) | ORDER TO ALLOW FERNANDO |
| 13 | vs. | ) | HERNANDEZ TO TRAVEL TO THE |
| | | ) | EASTERN DISTRICT OF CALIFORNIA |
| 14 | FERNANDO HERNANDEZ, | ) | |
| | | ) | |
| 15 | Defendant. | ) | |
| | _____ | ) | |

I, Ned Smock, declare the following:

1. I represent Fernando Hernandez in this matter. He is charged with violation of 18 U.S.C. § 1542, False Statement in a Passport Application. This Court previously ordered that Mr. Hernandez be released from custody and that he be limited to travel within the Northern District of California.

2. Mr. Hernandez would like to travel to Dixon in the Eastern District of California on Sundays between 8:00 a.m. and 6:00 p.m. to sell tacos and other food items at a soccer field.

4. I contacted AUSA Joshua Hill about our request that Mr. Hernandez be allowed to go to the Eastern District of California for these purposes on Sundays, and he

DECL. AND ORDER                              1

1  indicated that the government does not oppose the request.  I also contacted Hence

2  Williams from United States Pretrial Services, and he indicated that he does not

3  oppose the request.

4  I declare that the foregoing is true to the best of my information and belief.

6  Dated: August 21, 2008                              /S/
                                                                        NED SMOCK
7                                                                       Assistant Federal Public Defender

8      I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/S/" within this e-filed document.

10  **ORDER**

11  Good cause appearing therefore, it is the ORDER of this Court that defendant

12  Fernando Hernandez's conditions of pretrial release shall be modified to permit him to

13  travel to Dixon in the Eastern District of California on Sundays.

15  Dated: August 21, 2008                    /s/ Wayne D. Brazil
                                                                WAYNE D. BRAZIL
16                                                              United States Magistrate Judge

DECL. AND ORDER                                                2