1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607
4  Telephone: (510) 637-3518

5  Counsel for Defendant FERNANDO HERNANDEZ

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11  UNITED STATES OF AMERICA,          )    No. 4-08-70452 WDB
                                       )
12              Plaintiff,             )    STIPULATION AND ORDER RESETTING
                                       )    DATE FOR PRELIMINARY HEARING
13  vs.                                )
                                       )
14  FERNANDO HERNANDEZ,                )
                                       )
15              Defendant.             )
    _____)

16

17      IT IS HEREBY STIPULATED between the plaintiff through its attorney, Joshua Hill,

18  and the defendant through his attorney Ned Smock, that the preliminary hearing in this matter

19  now set for September 5, 2008 at 10:00 a.m. shall be reset for September 17, 2008 at 10:00 a.m.

20  The parties are discussing pre-indictment resolution. The initial appearance in this case was July

21  18, 2008. Mr. Hernandez is out of custody, and the defense is researching the possible

22  immigration ramifications of a proposed disposition in this matter. This requires both

23  independent research and discussions with an immigration lawyer. The defense needs additional

24  time to complete these tasks. Defendant Hernandez and his counsel waive the provisions of Rule

25  5.1(c) of the Federal Rules of Criminal Procedure requiring a preliminary hearing to be held

26  within 20 days of his initial appearance and 18 U.S.C. § 3161(b) requiring an indictment to be

1    filed within thirty days from the date of arrest.  The defense agrees that the waiver covers all

2    time between September 5, 2008 and September 17, 2008.

3

4    IT IS SO STIPULATED:

5    Dated: September 3, 2008                    /s/ Ned Smock_____
                                                NED SMOCK
6                                               Assistant Federal Public Defender

7

8    Dated: September 3, 2008                    /s/ Joshua Hill_____
                                                JOSHUA HILL
9                                               Assistant United States Attorney

10   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
     "conformed" signature (/S/) within this e-filed document.
11

12
                                        **ORDER**
13
            GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the preliminary
14
     hearing in this matter now scheduled for September 5, 2008 is hereby rescheduled for
15
     September 17, 2008 at 10:00 a.m.
16

17
     Dated: September _4_, 2008                 _____
18                                              HONORABLE WAYNE D. BRAZIL
                                                United States Magistrate Judge
19

20

21

22

23

24

25

26